# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOHN D. PUCHNER,

        Plaintiff,

v.

MIKE MAXWELL,

        Defendant.

Case No. 21-CV-596-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
s/ *Jodi L. Malek*
By: Deputy Clerk

May 28, 2021
Date